NORDRED REALTIES, INC., Appellant, *v.* " JOHN " LANGLEY, Respondent.

Argued October 13, 1938; decided November 22, 1938.

*Nathan Ottinger* for appellant.

*Vernal J. Williams, Hope R. Stevens* and *Sally Gatling* for respondent.

*William C. Chanler, Corporation Counsel (William S. Gaud, Jr.,* of counsel), for City of New York, *amicus curiæ.*

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.